**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1351**

ANTHONY T. WALTON,

Plaintiff - Appellant,

versus

GUIDANT SALES CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (1:05-cv-00296-AMD)

Submitted: September 8, 2006          Decided: October 17, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony T. Walton, Appellant Pro Se. Glenn A. Cline, BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP, Baltimore, Maryland; Lisa Ann Cooney, Steven William Suflas, BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP, Voorhees, New Jersey, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony T. Walton appeals the district court's order dismissing his claims of employment discrimination for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Walton v. Guidant Sales Corp.</u>, No. 1:05-cv-00296-AMD (D. Md. Mar. 6, 2006). We deny Walton's motion for admission of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>